# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 6/17/2021    Time: 2:00 p.m.

Defendant: 2) RONALD VIDAURRE    J#: 02387-506    Case #: 21-20346-CR-MARTINEZ (SEALED)

AUSA: Frank Tamen     Attorney: Juan D. Barrio -Temp

Violation: CONSPIRACY TO DEFRAUD THE UNITED STATES (CONSPIRACY TO OPERATE AN UNLICENSED MONEY TRANSMITTING BUSINEES/ CONDUCTING AN UNLICENSED MONEY TRANSMITTING BUSINESS

Surr/Arrest Date: 6/16/2021    YOB: 1968

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at:     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as **directed**/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments
- [x] Home Confinement/**Electronic Monitoring** and/or **Curfew** _8_ pm to _8:00_ am, paid by _deft_
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

Disposition:
- Case unsealed
- Deft consented to proceed by VTC
- Deft advised of rights & charges
- Stip $500,000 PSB Co-Signed Maria Alejandra Bedolla (Bond due by 6/21)
- Brady Warning given
(Atty will file temp notice)

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: 7/16    10:00    Otely    Miami
PTD/Bond Hearing:
Prelim/Arraign or Removal: 7/16
Status Conference RE:
D.A.R. 10:11:38     Time in Court: 25 minutes

s/Lisette Marie Reid     Magistrate Judge